AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

Demetri Alexander

Plaintiff,

V.

NDOC, et al

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-00257-RFB-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment is hereby entered Dismissing Case pursuant to Order #7

August 22, 2016                                    /s/ Lance S. Wilson
Date                                               Clerk

                                                   /s/ Justin Matott
                                                   (By) Deputy Clerk